# UNITED STATES DISTRICT COURT
for the

_Western_ District of _VA_

_Charlottesville_ Division

Cedrick Draper
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

GBLL Holdings LLC dba GO Puff
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _3:19CV69_
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Cedrick Draper
   Street Address: PO Box 144
   City and County: Lynchburg, Campbell County
   State and Zip Code: Virginia 24505
   Telephone Number: 276-806-4958
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

GB LL Holdings LLC dba GoPuff Company, oversight (c/o) Colette Gallagher; Kaitlin Burke; Trent Lee
1111 Harris Street
Charlottesville Albemarle County
VA 22903

Kaitlin.Burke@gopuff.com; hr@gopuff.com; trent.lee@gopuff.com

Defendant No. 2

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

Defendant No. 3

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

Defendant No. 4

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

"Breach of Contract Law"
"Tort Law"
"Pro se unrepresented in forma pauperis"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Cedrick Draper, is a citizen of the State of *(name)* VA.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, (name) **GB LL Holdgs LLC dba GOPUff** is incorporated under the laws of the State of (name) **Virginia**, and has its principal place of business in the State of (name) **P.A.**

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**Affirmation Statements →** Petitioner affirm expenses unto lost profit where existing earning incur are lost by general monthly expenses and financial obligations which unlawful terminate forfiet montary money to fit existing obligations paid while 1099 employee

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) Petitioner claim breach of contract by termination
(2) Petitioner claim breach of contract by over-the-phone termination
(3) Petitioner claims lost of profit by breach claim
(4) Petitioner claims resistution by breach claim
(5) Petitioner claims Aggravated dgs by violation action of fiduciary duty of company from point to contest to be transferred to another subsidary office.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Petitioner request under burden of proof proven by claims.
(1) Resistution order by money judgement for review and breach of contract
(2) Lost of profit judgement for review and breach of contract
(3) Aggravated order by money judgement for review and breach of contract
(4) Job order by judgement by specific performance of transfer request and compay compliance.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/12/19

Signature of Plaintiff
Printed Name of Plaintiff  Cedrick Drapn

### B. For Attorneys

Date of signing:

Signature of Attorney  unrepresented
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# GENERAL AFFIDAVIT

The within named person (Affiant), __Cedrick Draper__, who is a resident of __Lynchburg City__ County, State of __Virginia__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

Affirmation Oath Ready

This applys to all information included to courts forms and civil complance of consoldated petition

- Complaint
- Attachments
- IFP
- Notice

Dated this __12th__ day of __Nov__, 20__19__.

_____
Signature of Affiant

==========================================================================
State of __Virginia__
County of __Roanoke__

Subscribed and sworn to, or affirmed, before me on this __12__ day of __November__, 20__19__ by Affiant __Cedrick Draper__.

_____
Signature of Notary Public

__7265236__
My Commission Expires:

RUSSELL WILLIAM SMITH JR.
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2021
COMMISSION # 7265236